UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GIOVANNI LOPEZ,<br><br>            Petitioner,<br><br>     v.<br><br>ROSEMARY NDOH, Warden,[1]<br><br>            Respondent. | Case No. CV 18-2245 MWF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DIRECTING RESPONDENT TO ANSWER SECOND AMENDED PETITION AS MODIFIED** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1)   Respondent's Motion to Dismiss the Second Amended Petition (Dkt. No. 46) is GRANTED in part;

---

[1] Rosemary Ndoh, Warden of the Avenal State Prison in Avenal, California, where Petitioner is currently incarcerated, is substituted for her predecessor pursuant to Federal Rule of Civil Procedure 25(d).

(2) Grounds 5(a) and 5(c) of the Second Amended Petition are DISMISSED without prejudice for failure to exhaust; and

(3) Respondent is ORDERED to answer Grounds 1, 2, 3, 4 and 5(b) of the Second Amended Petition within thirty days of the date of this Order.

IT IS SO ORDERED.

DATED: April 16, 2020

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE